UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrea Silverman, PC
150 River Road, O2B
Montville, NJ 07045
Bar ID 018642004
(973) 794-3960/(973)794-3962
Attorney for Debtor(s)

Order Filed on May 11, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Laura Nicoleau-Berman

| | |
|---|---|
| Case Number: | 18-17673 |
| Hearing Date: | May 1, 2018 |
| Judge: | SLM |
| Chapter: | 13 |

Recommended Local Form:    ☒  Followed    ☐  Modified

# ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2018**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒    Granted.  The deadline to file schedules is extended to _____May 24, 2018_____.

☐    Denied.

*Rev. 7/1/04; jml*

2