PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
K.052-812.NF

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re                                                              Bk. No. 18-17673-SLM

Laura Nicoleau-Berman,                                  Chapter 13

      Debtor.
_____/

### REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 279 Dune Rd, Westhampton Beach, New York 11978 (Loan No. XXXX7395), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: June 20, 2018         By /s/ Anna Landa
                                             Anna Landa, ESQ., Bar ID 276607
                                           As Agent for Claimant

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 06/21/2018, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Laura Nicoleau-Berman
7 Warner Road
Newton, NJ 07860
Debtor

Andrea Silverman, Esquire
Andrea Silverman, PC
150 River Road
Unit H4
Montville, NJ 07045
Attorney for Debtor

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd, Suite 330
Fairfield, NJ 07004
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 06/21/2018, at Woodland Hills, California.

/s / Marine Gaboyan