## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Laura Nicoleau-Berman<br>　　　　　　　Debtor<br><br>M&T Bank, its successors and/or assigns<br>　　　　　　　Moving Party<br>　　vs.<br><br>Laura Nicoleau-Berman<br>　　　　　　　Debtor<br><br>Marie-Ann Greenberg<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-17673 SLM<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Notice of Mortgae Payment Change of M&T Bank, which was filed with the Court on or about **Juy 9, 2018**.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon, Esquire, Esquire**
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, PC
　　　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

July 9, 2018