UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

| | |
|---|---|
| In Re: | Case No.: ___18-17673-SLM___ |
| Laura Nicoleau-Berman, | Chapter: ___13___ |
| Debtor. | Hearing Date: ___8/8/2018___ |
| | Judge: ___Meisel___ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: _Objection to Confirmation (Docket # 23)_____

_____

Date: _8/7/2018_____        _/s/ Denise Carlon_____
                                       Signature

*rev.8/1/15*