| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Andrea Silverman, PC<br>150 River Road, O2B<br>Montville, New Jersey 07045<br>(973) 794-3960/(973) 794-3962(fax)<br>Bar ID 018642004<br>Attorney for Debtor(s) | |
| In Re:<br><br>Laura Nicoleau-Berman | Case No.: 18-17673<br>Chapter: 11<br>Adv. No.:<br>Hearing Date:<br>Judge: SLM |

## CERTIFICATION OF SERVICE

1. I, _____Andrea Silverman_____ :

    ☑ represent the ____Debtor(s)____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On ____October 9, 2018____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Debtor's Application to Retain Andrea Silverman, PC, Certification in Support thereof, Proposed Order Granting Retention of Attorney Andrea Silverman.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 10/09/2018                                   /s/ Andrea Silverman
                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| M&T Bank<br>PO Box 62182<br>Baltimore, MD 21264 | Mortgage Company | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| KML Law Group, PC<br>216 Haddon Avenue, Ste 406<br>Westmont, NJ 08108 | Attorneys for M&T Mortgage | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Laura Nicoleau-Berman<br>7 Warner Road<br>Fredon, NJ 07860 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Trustee<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| See Attached Creditor List | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Minion & Sherman | Attorneys for Secured Creditor Wilmington Trust | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group | Attorneys for Mortgage M&T | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | IRS | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Assistant US Attorney<br>US Attorney's Office<br>District of New Jersey<br>970 Broad Street<br>Newark, NJ 07102<br>Attn: Eamonn O'Hagan | Assistant US Attorney | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| United States Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | US Attorney GEneral | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695 | State of NJ | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Laura Nicoleau-Berman | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev.5/14/12

4

American Express
PO Box 650448
Dallas, TX 75265

Bank of America
PO Box 15109
Wilmington, DE 19886-5019

Barclays Bank
PO Box 13337
Philadelphia, PA 19101

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Credit One Bank
PO Box 60500
City of Industry, CA 91716

Discover Card
PO Box 6103
Carol Stream, IL 60197

Farm Credit East
240 South Road
Enfield, CT 06082-4451

HSBC
PO Box 4675
Carol Stream, IL 60197

KML Law Group, PC
216 Haddon AVenue, Ste 406
Collingswood, NJ 08108

Kondaur Capital Corp
333 South Anita Drive, Ste 400
Orange, CA 92868

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986