Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17673−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laura Nicoleau−Berman
  7 Warner Road
  Newton, NJ 07860

Social Security No.:
  xxx−xx−8893

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/13/18 at 11:00 AM

to consider and act upon the following:

**43** − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 10/29/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

**45** − Objection to M&T Bank Application for Early Termination of Loss MItigation (related document:43 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 10/29/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor M&T BANK) filed by Andrea Silverman on behalf of Laura Nicoleau−Berman. (Attachments: # 1 Certificate of Service) (Silverman, Andrea)

Dated: 10/31/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court