Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−17673−SLM
    Chapter: 11
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Laura Nicoleau−Berman
    7 Warner Road
    Newton, NJ 07860

Social Security No.:
    xxx−xx−8893

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/27/18 at 11:00 AM

to consider and act upon the following:

*48* − Notice of Hearing : (related document:43 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 10/29/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor M&T BANK, 45 Objection to M&T Bank Application for Early Termination of Loss MItigation (related document:43 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 10/29/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor M&T BANK) filed by Andrea Silverman on behalf of Laura Nicoleau−Berman. (Attachments: # 1 Certificate of Service) filed by Debtor Laura Nicoleau−Berman). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 11/13/2018 at 11:00 AM at SLM − Courtroom 3A, Newark. (env)

Dated: 10/31/18

    Jeanne Naughton
    Clerk, U.S. Bankruptcy Court