Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17673−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laura Nicoleau−Berman
  7 Warner Road
  Newton, NJ 07860

Social Security No.:
  xxx−xx−8893

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/13/18 at 11:00 AM

to consider and act upon the following:

*43* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 10/29/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

*45* − Objection to M&T Bank Application for Early Termination of Loss MItigation (related document:43 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 10/29/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor M&T BANK) filed by Andrea Silverman on behalf of Laura Nicoleau−Berman. (Attachments: # 1 Certificate of Service) (Silverman, Andrea)

Dated: 10/31/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Laura Nicoleau-Berman  
     Debtor

Case No. 18-17673-SLM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 31, 2018
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
db          #+Laura Nicoleau-Berman,   7 Warner Road,   Newton, NJ 07860-5003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
     Andrea   Silverman    on behalf of Debtor Laura  Nicoleau-Berman court@andreasilvermanlaw.com,
      r62214@notify.bestcase.com
     Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Scott D. Sherman    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
      Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
      Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 5