UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Laura Nicoleau-Berman,

Debtor.

Case No.:  18-17673-SLM

Chapter:  11

Hearing Date:  11/27/2018

Judge:  Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Application to Terminate Loss Mitigation (Docket # 43)

_____

Date: 11/26/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*