| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>U.S. Bank, N.A., not in its individual capacity but solely as Trustee on behalf of OWS REMIC Trust 2013-2 | Order Filed on November 30, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>Laura Nicoleau-Berman,<br><br>Debtor. | Case No.: 18-17673 SLM<br>Adv. No.:<br>Hearing Date: 11/27/18 @11:00 a.m.<br>Judge: Stacey L. Meisel |

### ORDER RESOLVING APPLICATION TO TERMINATE LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: November 30, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Laura Nicoleau-Berman
Case No.: 18-17673 SLM
Caption: **ORDER RESOLVING APPLICATION TO TERMINATE LOSS MITIGATION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, holder of a mortgage on real property located at 7 Warner Road, Fredon Twp, NJ, 07860, Denise Carlon appearing, by way of objection to the application to terminate loss mitigation, and this Court having considered the representations of attorneys for Secured Creditor and Andrea Silverman, Esquire, attorney for Debtor, Laura Nicoleau-Berman, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Loss Mitigation is extended to December 30, 2018; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to file an application to extend the loss mitigation period further, and Secured Creditor reserves the right to file an application to terminate the loss mitigation period; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to continue making payments per the terms of the original loss mitigation order;

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to the difference between the loss mitigation payment and the regular monthly payment, or any post-petition arrears; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor is awarded $350.00 in attorneys' fees, to be paid through the Debtor's Chapter 13 Plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's Application For Early Termination of Loss Mitigation PeriodM&T Bank is hereby resolved.