| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** <br> DENISE CARLON, ESQUIRE <br> KML LAW GROUP, P.C. <br> Sentry Office Plz <br> 216 Haddon Ave. <br> Suite 406 <br> Westmont, NJ 08018 <br> (215)627-1322 <br> dcarlon@kmllawgroup.com <br> Attorneys for Movant <br> U.S. Bank, N.A., not in its individual capacity but solely as Trustee on behalf of OWS REMIC Trust 2013-2 | |
| In Re: <br><br> Laura Nicoleau-Berman, <br><br> Debtor. | Case No.: 18-17673 SLM <br> Adv. No.: <br> Hearing Date: 11/27/18 @11:00 a.m. <br><br> Judge: Stacey L. Meisel |

Order Filed on November 30, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

## ORDER RESOLVING APPLICATION TO TERMINATE LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: November 30, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:        Laura Nicoleau-Berman
Case No.:      18-17673 SLM
Caption:       **ORDER RESOLVING APPLICATION TO TERMINATE LOSS MITIGATION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, holder of a mortgage on real property located at 7 Warner Road, Fredon Twp, NJ, 07860, Denise Carlon appearing, by way of objection to the application to terminate loss mitigation, and this Court having considered the representations of attorneys for Secured Creditor and Andrea Silverman, Esquire, attorney for Debtor, Laura Nicoleau-Berman, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Loss Mitigation is extended to December 30, 2018; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to file an application to extend the loss mitigation period further, and Secured Creditor reserves the right to file an application to terminate the loss mitigation period; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to continue making payments per the terms of the original loss mitigation order;

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to the difference between the loss mitigation payment and the regular monthly payment, or any post-petition arrears; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor is awarded $350.00 in attorneys' fees, to be paid through the Debtor's Chapter 13 Plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's Application For Early Termination of Loss Mitigation PeriodM&T Bank is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-17673-SLM
Laura Nicoleau-Berman                                                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Dec 03, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2018.
db              #+Laura Nicoleau-Berman,    7 Warner Road,    Newton, NJ 07860-5003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2018 at the address(es) listed below:
     Andrea   Silverman    on behalf of Debtor Laura  Nicoleau-Berman court@andreasilvermanlaw.com,
      r62214@notify.bestcase.com
     Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
     Scott D. Sherman    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
      Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
      Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
     U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                       TOTAL: 6