Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−17673−SLM
Chapter:  11
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Nicoleau−Berman
   7103 Doctors Path
   Riverhead, NY 11901

Social Security No.:
   xxx−xx−8893

Employer's Tax I.D. No.:

---

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule on or to the List of Creditors on 12/10/18 , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 11 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

   2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.      until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: December 11, 2018
JAN: dmc

<u>Stacey L. Meisel</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-17673-SLM
Laura Nicoleau-Berman                                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 11, 2018
                             Form ID: oresadoc         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db             Laura Nicoleau-Berman,     7103 Doctors Path,     Riverhead, NY 11901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2018 00:26:17      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
           Andrea  Silverman    on behalf of Debtor Laura  Nicoleau-Berman court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
           Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Michael A. Artis    on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
           Scott D. Sherman    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
           Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6