## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Laura Nicoleau-Berman

Case No.: _____18-17673_____

Hearing Date: _02/26/19 at 11:00 A.M._

Chapter: _____11_____

Judge: _Stacey L. Meisel_

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____, United States Bankruptcy Judge.

**Reason for Hearing:**    Motion for Payment of Unclaimed Funds in the amount of
$3,427.20 filed by John J. Marshall.

**Location of Hearing:**    Courtroom No. _3A_
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:**    February 26, 2019 at 11:00 A.M._____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☐  **ARE REQUIRED**    ☐  **ARE NOT REQUIRED**

DATE: _January 24, 2019_____

JEANNE A. NAUGHTON, Clerk

By: _/s/ Lucy Veloz-Jimenez_____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____January 24_____, 20 19 this notice was served on the following: John Marshall, U.S. Trustee's Office, Debtor, Counsel for the Debtor and Creditors listed in the Creditor's Matrix.

JEANNE A. NAUGHTON, Clerk

By: _/s/ Lucy Veloz-Jimenez_____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17673-SLM
Laura Nicoleau-Berman                                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jan 24, 2019
                             Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db               Laura Nicoleau-Berman,   7103 Doctors Path,   Riverhead, NY  11901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
asnee           +E-mail/Text: jmarshall@jmpartnersllc.com Jan 24 2019 23:37:11     John J Marshall,
                 6800 Paragon Place, Suite 202,   Richmond, VA 23230-1656
                                                                                         TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
        Andrea  Silverman    on behalf of Debtor Laura  Nicoleau-Berman  court@andreasilvermanlaw.com,
         r62214@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
        Scott D. Sherman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
         Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6