UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF New Jersey

In re Laura Nicdeau-Berman

Case No. 18-17673-SLM
Reporting Period: November 2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | ✓ | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date 12/15/18

_____
Signature of Joint Debtor

Date _____

_____
Signature of Authorized Individual*

Date _____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re Laura Nicoleau-Berman
Debtor

Case No. _____ 18-17673-SLM
Reporting Period: ___ Nov-18

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER: | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 6063 | | | | 6063 | 6063 | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 12044 | | | | 12044 | 12044 | 21107 | 21107 |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| **TOTAL RECEIPTS** | 12044 | | | | 12044 | 12044 | 21107 | 21107 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | 1425 | 1425 | 1425 | 1425 |
| INSURANCE | 1425 | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 3300 | | | | 3300 | 3300 | 6400 | 6400 |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | 3000 | | | | 3000 | 3000 | 6000 | 6000 |
| U.S. TRUSTEE QUARTERLY FEES | 325 | | | | 325 | 325 | 325 | 325 |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 8050 | | | | 8050 | 8050 | 14150 | 14150 |
| NET CASH FLOW | 3994 | | | | 3994 | 3994 | 6957 | 6957 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 8050 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 8050 |

In re Laura Nicoleau-Berman
Debtor

Case No. ___ 18-17673-SLM
Reporting Period:_____     Nov-18

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | 10040 | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FORM MOR-1a
(04/07)



00   0 03398M NM  017

000000                                          P

LAURA NICOLEAU-BERMAN
DEBTOR IN POSSESSION #18-17673
7 WARNER RD
FREDON TWP NJ 07860

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9875775521 | OCT.15-NOV.15,2018 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 15,963.00 |
| LESS CHECKS & DEBITS | 9,186.04 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $6,776.96 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    RIVERHEAD

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 3 | $15,963.00 | 3 | $9,100.00 | 2 | $86.04 | $0.00 | $6,776.96 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| | | | | $0.00 |
| 10/15/2018 | BEGINNING BALANCE | | | 8,863.00 |
| 10/15/2018 | DEPOSIT | $8,863.00 | | |
| 11/06/2018 | CHECK NUMBER 0098 | | $3,000.00 | |
| 11/06/2018 | DELUXE CHECK CHECK/ACC. | | 70.04 | 5,792.96 |
| 11/08/2018 | INCOMING FEDWIRE FUNDS TRANSFER LAURENCE M BRAUNSTEIN | 4,000.00 | | |
| 11/08/2018 | WIRE TRANSFER FEE | | 16.00 | |
| 11/08/2018 | CHECK NUMBER 0099 | | 3,000.00 | 6,776.96 |
| 11/09/2018 | DEPOSIT | 3,100.00 | | |
| 11/09/2018 | CHECK NUMBER 0100 | | 3,100.00 | 6,776.96 |
| | ENDING BALANCE | | | $6,776.96 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 98 | 11/06/18 | 3,000.00 | 99 | 11/08/18 | 3,000.00 | 100 | 11/09/18 | 3,100.00 |

# How To Balance Your M&T Bank Deposit Account

Follow these steps to bring your register balance into agreement with this statement.

**STEP 1:** Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.)

**STEP 2:** TO DETERMINE YOUR CURRENT BALANCE:

ADD to the balance shown in your register by writing in the amount of:
- (a) Any deposits and other additions shown on this statement which you have not already added; and
- (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT to the balance shown in your register by writing in the amount of:
- (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
- (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
- (c) Any service charges shown on this statement which you have not already subtracted.

Complete STEPS 3 through 8 to determine the current balance in your account.

**STEP 3:** List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below.

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| | | |
|---|---|---|
| **STEP 4:** Enter on this line the Ending Balance shown on the front of this statement. | $ | |
| **STEP 5:** Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ | |
| **STEP 6:** Add the amounts in STEPS 4 and 5, enter the total here. | $ | |
| **STEP 7:** Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ | |
| **STEP 8:** Subtract total of STEP 7 from STEP 6 and enter the difference here. *This amount should be your current account balance.* | $ | |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

# In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- (1) Tell us your name and account number (if any).
- (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

 M&T Bank

 Member FDIC  L006A (11/16) 

©2016 Manufacturers and Traders Trust Company



FOR INQUIRIES CALL:    (800) 724-2440

00    0 03398M NM 017

000000                                                    P

LAURA NICOLEAU-BERMAN
DEBTOR IN POSSESSION #18-17673
7 WARNER RD
FREDON TWP NJ 07860

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9875775521 | NOV.16-DEC.14,2018 |

| | |
|---|---|
| BEGINNING BALANCE | $6,776.96 |
| DEPOSITS & CREDITS | 6,400.00 |
| LESS CHECKS & DEBITS | 4,880.75 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | . $8,296.21 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    RIVERHEAD

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | $0.00 | $8,296.21 |
| $6,776.96 | 1 | $6,400.00 | 4 | $4,850.80 | 1 | $29.95 | | |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| | | | | 6,776.96 |
| 11/16/2018 | BEGINNING BALANCE | | $29.95 | 6,747.01 |
| 11/27/2018 | DELUXE CHECK CHECK/ACC. | | 600.00 | |
| 11/30/2018 | CHECK NUMBER 0203 | | 825.80 | 5,321.21 |
| 11/30/2018 | CHECK NUMBER 0204 | | 325.00 | 4,996.21 |
| 12/03/2018 | CHECK NUMBER 0205 | | 3,100.00 | 1,896.21 |
| 12/04/2018 | CHECK NUMBER 0101 | $6,400.00 | | 8,296.21 |
| 12/10/2018 | DEPOSIT | | | 8,296.21 |
| | ENDING BALANCE | | | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 101 | 12/04/18 | 3,100.00 | 204 | 11/30/18 | 825.80 | 205 | 12/03/18 | 325.00 |
| 203* | 11/30/18 | 600.00 | | | | | | |

EFFECTIVE NOVEMBER 29, 2018, THE FOLLOWING DAILY LIMITS APPLY TO TRANSACTIONS MADE WITH YOUR M&T DEBIT CARD (OR ANY INFORMATION ASSOCIATED WITH IT): 1) UP TO 15 ATM TRANSACTIONS TO OBTAIN CASH TOTALING UP TO $1,000; AND 2) UP TO 20 TRANSACTIONS FROM YOUR CHECKING ACCOUNT (OTHER THAN AT AN ATM) TOTALING UP TO $5,000. WE MAY SOMETIMES ALLOW TRANSACTIONS THAT EXCEED THESE LIMITS. IF YOU CURRENTLY HAVE HIGHER LIMITS, THIS WILL NOT CHANGE. FOR SECURITY REASONS, WE RESERVE THE RIGHT TO IMPOSE LIMITS ON THE AMOUNT OF CASH AND/OR ITEMS THAT MAY BE DEPOSITED AT ANY ONE TIME AT AN ATM AT WHICH DEPOSITS MAY BE MADE.

# How To Balance Your M&T Bank Deposit Account

Follow these steps to bring your register balance into agreement with this statement.

**STEP 1:** Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.)

**STEP 2:** TO DETERMINE YOUR CURRENT BALANCE:

ADD to the balance shown in your register by writing in the amount of:
(a) Any deposits and other additions shown on this statement which you have not already added; and
(b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT to the balance shown in your register by writing in the amount of:
(a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
(b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
(c) Any service charges shown on this statement which you have not already subtracted.

Complete STEPS 3 through 8 to determine the current balance in your account.

**STEP 3:** List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below.

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| | | |
|---|---|---|
| **STEP 4:** Enter on this line the Ending Balance shown on the front of this statement. | $ | |
| **STEP 5:** Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ | |
| **STEP 6:** Add the amounts in STEPS 4 and 5, enter the total here. | $ | |
| **STEP 7:** Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ | |
| **STEP 8:** Subtract total of STEP 7 from STEP 6 and enter the difference here. *This amount should be your current account balance.* | $ | |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

# In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.



 

©2016 Manufacturers and Traders Trust Company

Member FDIC    L008A (11/16)



00  0 03398M NM  017

000000                                P

LAURA NICOLEAU-BERMAN
DEBTOR IN POSSESSION #18-17673
7 WARNER RD
FREDON TWP NJ 07860

| ACCOUNT TYPE |
|---|
| EZCHOICE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9875775539 | OCT.15-NOV.15,2018 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 5,144.22 |
| LESS CHECKS & DEBITS | 70.04 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $5,074.18 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00          RIVERHEAD

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 2 | $5,144.22 | 0 | $0.00 | 1 | $70.04 | $0.00 | $5,074.18 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $0.00 |
| 10/15/2018 | DEPOSIT | $200.00 | | 200.00 |
| 10/15/2018 | DELUXE CHECK CHECK/ACC. | | $70.04 | 129.96 |
| 11/06/2018 | DEPOSIT | 4,944.22 | | 5,074.18 |
| 11/07/2018 | ENDING BALANCE | | | $5,074.18 |

# How To Balance Your M&T Bank Deposit Account

Follow these steps to bring your register balance into agreement with this statement.

**STEP 1:** Beginning with the first item on this statement place a checkmark (✓) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.)

**STEP 2:** TO DETERMINE YOUR CURRENT BALANCE:

ADD to the balance shown in your register by writing in the amount of:
- (a) Any deposits and other additions shown on this statement which you have not already added; and
- (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT to the balance shown in your register by writing in the amount of:
- (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
- (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
- (c) Any service charges shown on this statement which you have not already subtracted.

Complete STEPS 3 through 8 to determine the current balance in your account.

**STEP 3:** List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below.

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| | | |
|---|---|---|
| **STEP 4:** Enter on this line the Ending Balance shown on the front of this statement. | $ | |
| **STEP 5:** Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ | |
| **STEP 6:** Add the amounts in STEPS 4 and 5, enter the total here. | $ | |
| **STEP 7:** Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ | |
| **STEP 8:** Subtract total of STEP 7 from STEP 6 and enter the difference here. *This amount should be your current account balance.* | $ | |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

# In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- (1) Tell us your name and account number (if any).
- (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.



©2016 Manufacturers and Traders Trust Company

  

Member FDIC L008A (11/16)



# M&T Bank

FOR INQUIRIES CALL:  (800) 724-2440

00    0 03398M NM  017

000000                                        P

LAURA NICOLEAU-BERMAN
DEBTOR IN POSSESSION #18-17673
7 WARNER RD
FREDON TWP NJ 07860

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9875775539 | NOV.16-DEC.14,2018 |
| BEGINNING BALANCE | $5,074.18 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 29.95 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $5,044.23 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00          RIVERHEAD

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $5,074.18 | 0 | $0.00 | 0 | $0.00 | 1 | $29.95 | $0.00 | $5,044.23 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| | | | | $5,074.18 |
| 11/16/2018 | BEGINNING BALANCE | | $29.95 | 5,044.23 |
| 11/27/2018 | DELUXE CHECK CHECK/ACC. | | | $5,044.23 |
| | ENDING BALANCE | | | |

EFFECTIVE NOVEMBER 29, 2018, THE FOLLOWING DAILY LIMITS APPLY TO TRANSACTIONS
MADE WITH YOUR M&T DEBIT CARD (OR ANY INFORMATION ASSOCIATED WITH IT):
1) UP TO 15 ATM TRANSACTIONS TO OBTAIN CASH TOTALING UP TO $1,000; AND 2) UP TO
20 TRANSACTIONS FROM YOUR CHECKING ACCOUNT (OTHER THAN AT AN ATM) TOTALING UP TO
$5,000. WE MAY SOMETIMES ALLOW TRANSACTIONS THAT EXCEED THESE LIMITS. IF YOU
CURRENTLY HAVE HIGHER LIMITS, THIS WILL NOT CHANGE. FOR SECURITY REASONS, WE
RESERVE THE RIGHT TO IMPOSE LIMITS ON THE AMOUNT OF CASH AND/OR ITEMS THAT MAY
BE DEPOSITED AT ANY ONE TIME AT AN ATM AT WHICH DEPOSITS MAY BE MADE.

# How To Balance Your M&T Bank Deposit Account

Follow these steps to bring your register balance into agreement with this statement.

**STEP 1:** Beginning with the first item on this statement place a checkmark (✓) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.)

**STEP 2:** TO DETERMINE YOUR CURRENT BALANCE:

ADD to the balance shown in your register by writing in the amount of:
(a) Any deposits and other additions shown on this statement which you have not already added; and
(b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT to the balance shown in your register by writing in the amount of:
(a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
(b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
(c) Any service charges shown on this statement which you have not already subtracted.

Complete STEPS 3 through 8 to determine the current balance in your account.

**STEP 3:** List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below.

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |  |
| --- | --- | --- |
| NUMBER | AMOUNT | |
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ | |

| STEP 4: Enter on this line the Ending Balance shown on the front of this statement. | $ | |
| --- | --- | --- |
| STEP 5: Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ | |
| STEP 6: Add the amounts in STEPS 4 and 5, enter the total here. | $ | |
| STEP 7: Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ | |
| STEP 8: Subtract total of STEP 7 from STEP 6 and enter the difference here. *This amount should be your current account balance.* | $ | |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

# In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.



©2016 Manufacturers and Traders Trust Company

  

L008A (11/16)

In re Laura Nicoleau-Berman
Debtor

Case No. _____18-17673-SLM_____
Reporting Period: _____Nov-18_____

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Andrea Silverman PC | 11/2/2018 | 99 | Laura Nicoleau-Berman | 3000 | 6000 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[1] Identify all Evergreen Retainers

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Gross Revenues | 12044 | 21107 |
| Less: Returns and Allowances | | |
| Net Revenue | 12044 | 21107 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | 1425 | 1425 |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | 3300 | 6400 |
| Total Operating Expenses Before Depreciation | 4725 | 7825 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 7319 | 13282 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | 7319 | 13282 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 3000 | 6000 |
| U. S. Trustee Quarterly Fees | 325 | 325 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | 3325 | 6325 |
| Income Taxes | | |
| Net Profit (Loss) | 3994 | 6957 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| | | |
| **Other Costs** | | |
| Farm Credit East Mortgage Payment | 3100 | 6200 |
| Bank Fees | 200 | 200 |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | 0 | | | | | 0 |
| Withholding | 0 | 0 | 0 | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | 0 | | | | | 0 |
| Withholding | 0 | 0 | 0 | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | 0 | 0 | 0 | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Mortgage: 279 Dune Road | | 2700 | 2700 | 2700 | 2700 | 8100 |
| Mortgage: 7 Warner Road | | 3400 | 3400 | 3400 | 3400 | 13600 |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Debtor anticipates paying past due post-petition debts from seasonal rental income

*"Insider" is defined in 11 U.S.C. Section 101(31).

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | 0 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | 0 | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | 0 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | x |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

#2
Tax Return is being prepared by accountant nd will be filed by 1/31/19