UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John J. Marshall, Assignee, *pro se*
6800 Paragon Place, Suite 202
Richmond, VA 23230

Phone: 804-285-0807

In Re:

Laura Nicoleau-Berman

Case No.: 18-17673
Chapter: 11
Hearing Date: 2/26/19 @ 11:00AM
Judge: SLM

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2019 FEB -8 P 2:06
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

## WAIVER OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned John J. Marshall, *pro se,* acting as the Assignee of Laura Nicoleau-Berman previously noted that it would be an undue hardship to require the Assignee, who resides in Virginia, to appear in New Jersey for a hearing on this matter. Thus, Assignee waives oral argument and requests disposition on the papers as filed.

Assignee:

_____
By: John J. Marshall, *pro se*