Form 195 – ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17673−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Laura Nicoleau−Berman
    7103 Doctors Path
    Riverhead, NY 11901

Social Security No.:
    xxx−xx−8893

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

    A Disclosure Statement was filed by Laura Nicoleau−Berman on , pursuant to Fed. R. Bankr. P. 3016.

    The Court shall conduct a hearing as to the adequacy of such statement before Honorable Stacey L. Meisel on :

Date:           April 9, 2019
Time:           11:00 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

    Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

    To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Andrea Silverman, PC
150 River Road, Unit H4
Montville, NJ 07045
(973)794−3960

Dated: February 14, 2019
JAN: rah

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-17673-SLM
Laura Nicoleau-Berman                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Feb 14, 2019
                              Form ID: 195             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
```
db              Laura Nicoleau-Berman,   7103 Doctors Path,   Riverhead, NY 11901
517916808      +American Express,   PO Box 650448,   Dallas, TX 75265-0448
517606157       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
517916809     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 15109,   Wilmington, DE 19886-5019)
517916810      +Barclays Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
517916800       Farm Credit East,   240 South Road,   Enfield, CT 06082-4451
517916814      +HSBC,   PO Box 4675,   Carol Stream, IL 60197-4675
517460556      +KML Law Group, PC,   216 Haddon AVenue, Ste 406,   Collingswood, NJ 08108-2812
517916801      +Kondaur Capital Corp,   333 South Anita Drive,,   Ste 400,   Orange, CA 92868-3314
517460557       M&T Bank,   P.O. Box 62986,   Baltimore, MD 21264-2986
517916805      +Prober & Raphael, A Law Corporation,   20750 Ventura Blvd. Suite 100,
                 Woodland Hills, CA 91364-6207
517580648       UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
                 MADISON WI 53708-8973
517611776       Wilmington Savings Fund Society, FSB, et al,   c/o Kondaur Capital Corporation,
                 333 South Anita Drive, Suite 400,   Orange, CA 92868-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov Feb 14 2019 22:02:00      Dist Dir of IRS,
                 Insolvency Function,   PO Box 724,   Springfield, NJ 07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2019 22:02:03      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2019 22:02:03      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
asnee          +E-mail/Text: jmarshall@jmpartnersllc.com Feb 14 2019 22:02:02      John J Marshall,
                 6800 Paragon Place, Suite 202,   Richmond, VA 23230-1656
517916811       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 22:15:06      Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
517916812      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 14 2019 22:15:35      Credit One Bank,
                 PO Box 60500,   City of Industry, CA 91716-0500
517600523      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2019 22:15:11      Directv, LLC,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517483476       E-mail/Text: mrdiscen@discover.com Feb 14 2019 22:01:58      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
517916813      +E-mail/Text: mrdiscen@discover.com Feb 14 2019 22:01:58      Discover Card,   PO Box 6103,
                 Carol Stream, IL 60197-6103
517608934       E-mail/Text: camanagement@mtb.com Feb 14 2019 22:02:02      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
517589137      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 14 2019 22:02:03      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517592754       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2019 22:15:29
                 Portfolio Recovery Associates, LLC,   c/o Upromise,   POB 41067,   Norfolk VA 23541
517607827      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2019 22:16:02      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517916803       Property Taxes
517460558       Sussex County Sheriff Office
517916806       Sussex County Sheriff Office
517916807*      Internal Revenue Service,   SBSE/Insolvency Unit of the IRS,   PO Box 330500-Stop 15,
                 Detroit, MI 48232
517872106*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517916804*     +KML Law Group, PC,   216 Haddon AVenue, Ste 406,   Collingswood, NJ 08108-2812
517916802*      M&T Bank,   P.O. Box 62986,   Baltimore, MD,   21264-2986
517879927    ##+Laura Nicoleau-Berman,   7 Warner Road,   Newton, NJ 07860-5003
                                                                                      TOTALS: 3, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 14, 2019
                              Form ID: 195             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
          Andrea   Silverman    on behalf of Debtor Laura   Nicoleau-Berman court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Scott D. Sherman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
           Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```