

**Order Filed on March 8, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____18-17673_____ |
| | Chapter: | _____11_____ |
| Laura Nicoleau-Berman | Hearing Date: | _____N/A_____ |
| | Judge: | _____Stacey L. Meisel_____ |

**ORDER VACATING**

_____Order and Notice on Disclosure Statement_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 8, 2019**

_Stacey L. Meisel_

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order and Notice on Disclosure Statement

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____February 14, 2019_____, be and the same is hereby vacated.

*revised 2/25/14*