UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

John J. Marshall, Assignee, *pro se*
6800 Paragon Place, Suite 202
Richmond, VA 23230

Phone: 804-285-0807

Order Filed on March 8, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Laura Nicoleau-Berman

Case No.:   18-17673
Chapter:    11
Hearing Date:   ~~February 19, 2019~~ February 26, 2019
Judge:      SLM

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: March 8, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having heard the motion filed by **John J. Marshall, Assignee**, and any objections filed, it is

ORDERED that the motion is DENIED ~~GRANTED and the amount of $3427.20 will be forwarded to John J. Marshall, Assignee at the following address:~~

~~6800 Paragon Place, Suite 202~~

~~Richmond, VA 23230-1656~~

```
Because Movant failed to adequately demonstrate that:
(1) the Debtor had authority to make an assignment; and
(2) Debtor was legally entitled to receive the unclaimed
funds in question; and
(3) failed to adequately explain the history of the funds
and the Debtor's relationship thereto.
```

*new.8/1/15*