Order Filed on March 8, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Laura Nicoleau-Berman | Case No.: 18-17673<br>Chapter: 11<br>Hearing Date: N/A<br>Judge: Stacey L. Meisel |

**ORDER VACATING**

Order and Notice on Disclosure Statement

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 8, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order and Notice on Disclosure Statement

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated      February 14, 2019      , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Laura Nicoleau-Berman  
    Debtor

Case No. 18-17673-SLM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 08, 2019  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.  
db        Laura Nicoleau-Berman,    7103 Doctors Path,    Riverhead, NY  11901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:  
          Andrea Silverman    on behalf of Debtor Laura  Nicoleau-Berman court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
          Scott D. Sherman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana  Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin  Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                              TOTAL: 6