| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on March 8, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| John J. Marshall, Assignee, *pro se*<br>6800 Paragon Place, Suite 202<br>Richmond, VA 23230<br><br>Phone: 804-285-0807 | |
| In Re:<br><br>Laura Nicoleau-Berman | Case No.: 18-17673<br>Chapter: 11<br>Hearing Date: ~~February 19, 2019~~ February 26, 2019<br>Judge: SLM |

**ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is ORDERED.

**DATED: March 8, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having heard the motion filed by **John J. Marshall, Assignee**, and any objections filed, it is

DENIED
ORDERED that the motion is ~~GRANTED and the amount of $3427.20 will be forwarded to **John J. Marshall, Assignee** at the following address:~~

~~6800 Paragon Place, Suite 202~~

~~Richmond, VA 23230-1656~~

```
Because Movant failed to adequately demonstrate that:
(1) the Debtor had authority to make an assignment; and
(2) Debtor was legally entitled to receive the unclaimed
funds in question; and
(3) failed to adequately explain the history of the funds
and the Debtor's relationship thereto.
```

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Laura Nicoleau-Berman  
      Debtor

Case No. 18-17673-SLM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.  
db        Laura Nicoleau-Berman,   7103 Doctors Path,   Riverhead, NY  11901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:

        Andrea Silverman   on behalf of Debtor Laura  Nicoleau-Berman court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald   on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Michael A. Artis   on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
        Scott D. Sherman   on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 6