UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Chapter: _____

Judge: _____

## NOTICE OF RECEIPT OF LETTER REQUESTING RELIEF

TO: _____

This will confirm that on _____ the Clerk's Office received a letter from you requesting relief from the court. Please be advised that you must file a formal motion requesting the relief sought. A generic form motion package for your assistance is being forwarded to you with this Notice. Additional motion packages as highlighted below are also available on the Court's web site, www.njb.uscourts.gov. If you do not have access to the internet, you may contact the clerk's office for a copy.

- Motion for Relief from the Stay (Landlord),
- Motion to Reinstate the Automatic Stay,
- Motion to Reopen Case,
- Motion to Reopen a Case to File Certification About a Financial Management Course.

The Court will not take any action regarding the relief requested unless you file a motion.

Dated: _____                    Jeanne Naughton, Clerk of the Court

*new.4/29/16*