# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _____

In re Laura Nicoleau-Berman

Case No. 18-17673-SLM

Reporting Period: January 2019

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | ✓ | | |
| Cash disbursements journals | | ✓ | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date 2/10/19

_____
Signature of Joint Debtor

Date _____

_____
Signature of Authorized Individual*

Date _____

_____
Printed Name of Authorized Individual

Title of Authorized Individual _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1).  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING  OF MONTH** | 7240.44 | | | | 7240.44 | 3336 | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | 8468.98 | | | | 8468.98 | 8150 | 35935.99 | 37507 |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE  OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | 3015.93 | | | | 3015.93 | 0 | 3015.93 | 0 |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| **TOTAL  RECEIPTS** | 11484.91 | | | | 11484.91 | 8150 | 38951.92 | 37507 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 0 | | | | 0 | | 0 | |
| PAYROLL TAXES | 0 | | | | 0 | | 0 | |
| SALES, USE, & OTHER TAXES | 1771.31 | | | | 1771.31 | 0 | 1771.31 | 0 |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | 2700 | | | | 2700 | 0 | 2700 | 0 |
| INSURANCE | 214.81 | | | | 214.81 | 1400 | 1639.81 | 2825 |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | |
| Mortgage payment 735 Manor Lane | 3100 | | | | 3100 | 3771 | 12600 | 13454 |
| OWNER DRAW * | 1600 | | | | 1600 | 0 | 1600 | 0 |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | 0 | | | | 0 | 0 | 12100 | 12100 |
| U.S. TRUSTEE  QUARTERLY FEES | 0 | | | | 0 | 325 | 0 | 325 |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 9386,12 | | | | 9386.12 | 5496 | 32736.12 | 29029 |
| **NET CASH FLOW** | 2098.79 | | | | 2098.79 | 2654 | 6165.8 | 8478 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | 9388.79 | | | | 9388.79 | 2654 | 9388.97 | 5990 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 9386.12 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 9386.12 |

In re _____ Laura Nicoleau-Berman
          Debtor

Case No. _____ 18-17673-SLM
Reporting Peric    Jan-19

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Andrea Silverman PC | 10/1/18-1/31/2019 | | Laura Nicoleau Berman | | | $12,100 | | | |
| | | | | | | | | 0 | 0 |
| | | | | | | | | | 0 |



DCDP31DTIC 008391

LAURA NICOLEAU-BERMAN
DEBTOR IN POSSESSION
CH 11 CASE #18-17673(NJ)
703 DOCTORS PATH
RIVERHEAD NY 11901-1507

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/31 | $0.00 |
| Deposits/Additions | 5,015.93 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 1/31** | **$5,015.93** |

Account number: **7410904549**

**LAURA NICOLEAU-BERMAN**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-17673(NJ)**

*New York account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 026012881

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDP31DTIC 008391    NNNNNNNN NNN 001 002 348 037753    21056086.1



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 1/31 | | Deposit | 5,015.93 | | 5,015.93 |
| | | **Ending balance on 1/31** | | | 5,015.93 |
| **Totals** | | | **$5,015.93** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/31/2019 - 01/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| • Minimum daily balance | $1,500.00 | $5,015.93 ☑ |
| • Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| • Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| • The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

## Monthly service fee discount(s) *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)     ☐

RC/RC

**M&T** Bank

00  0 03398M NM  017

000000                                                    P

**LAURA NICOLEAU-BERMAN**
**DEBTOR IN POSSESSION #18-17673**
**7 WARNER RD**
**FREDON TWP NJ 07860**

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9875775521 | DEC.15-JAN.15,2019 |

| | |
|---|---|
| **BEGINNING BALANCE** | **$8,296.21** |
| **DEPOSITS & CREDITS** | 3,100.00 |
| **LESS CHECKS & DEBITS** | 9,768.80 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $1,627.41 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    RIVERHEAD

### ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $8,296.21 | 1 | $3,100.00 | 4 | $9,383.00 | 3 | $385.80 | $0.00 | $1,627.41 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/15/2018 | BEGINNING BALANCE | | | $8,296.21 |
| 12/28/2018 | CHECK NUMBER 0104 | | $3,100.00 | |
| 12/28/2018 | CHECK NUMBER 0106 | | 3,000.00 | 2,196.21 |
| 01/02/2019 | CHECK NUMBER 0105 | | 183.00 | 2,013.21 |
| 01/04/2019 | NBIC ACH E-CHECK | | 93.75 | |
| 01/04/2019 | NBIC ACH E-CHECK | | 121.06 | 1,798.40 |
| 01/07/2019 | DEPOSIT | $3,100.00 | | 4,898.40 |
| 01/11/2019 | OPTIMUM 7839 CABLE PMNT | | 170.99 | |
| 01/11/2019 | CHECK NUMBER 0109 | | 3,100.00 | 1,627.41 |
| | ENDING BALANCE | | | $1,627.41 |

### CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 104 | 12/28/18 | 3,100.00 | 106 | 12/28/18 | 3,000.00 | 109* | 01/11/19 | 3,100.00 |
| 105 | 01/02/19 | 183.00 | | | | | | |

NEW YEAR. NEW MORTGAGE? SAVE MONEY WITH AN M&T MORTGAGE REFINANCE.

REFINANCE YOUR MORTGAGE AND GET CASH. CALL 1-888-253-1023 OR TO APPLY ONLINE
VISIT MORTGAGE.MTB.COM

EQUAL HOUSING LENDER. (C)2019 M&T BANK. MEMBER FDIC. NMLS# 381076.
REFINANCING TO REDUCE TOTAL MONTHLY PAYMENTS MAY LENGTHEN REPAYMENT TERM OR
INCREASE TOTAL INTEREST EXPENSE. LOANS SUBJECT TO CREDIT AND PROPERTY APPROVAL.

# How To Balance Your M&T Bank Deposit Account

**Follow these steps to bring your register balance into agreement with this statement.**

**STEP 1:** Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.)

**STEP 2:** TO DETERMINE YOUR CURRENT BALANCE:

ADD to the balance shown in your register by writing in the amount of:
- (a) Any deposits and other additions shown on this statement which you have not already added; and
- (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT to the balance shown in your register by writing in the amount of:
- (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
- (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
- (c) Any service charges shown on this statement which you have not already subtracted.

**Complete STEPS 3 through 8 to determine the current balance in your account.**

**STEP 3:** List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below.

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS** | $ |

**STEP 4:** Enter on this line the Ending Balance shown on the front of this statement. $

**STEP 5:** Enter the total of any deposits or other additions shown in your register which are not shown on this statement. $

**STEP 6:** Add the amounts in STEPS 4 and 5, enter the total here. $

**STEP 7:** Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. $

**STEP 8:** Subtract total of STEP 7 from STEP 6 and enter the difference here. *This amount should be your current account balance.* $

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

# In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

©2016 Manufacturers and Traders Trust Company





Member FDIC  L006A (11/16)

```
                           STFD 1 THF TRANSACTION STMT FORMAT      19/02/20 13.16.23
STMT          CO    96 OP EBRN              MS 50852 ACTION COMPLETE
ACTION              COID
PROD CODE  DDA   ACCT        9875775521    SHORT NAME  NICOLEAU-BERMAN LAURA
CURR CODE                    PAGE    2     SEARCH FROM 118/12/28 THRU 119/02/12
ACTN   POST   EFFECTIVE   CHECK NUMBER      TRAN AMOUNT  D/C         BALANCE
         TRACE ID                    DESCRIPTION
     * 01/16                                 3,368.98   C          4,996.39
                      6108676515 DEPOSIT
     * 01/23                                   600.00   D          4,396.39
              019023008642082 Suburban Propane Payment
     * 01/28                                 2,700.00   D          1,696.39
                      8008262624 CHECK NUMBER 0111
     * 01/28                 0114              800.70   D            895.69
                      8008259495 CHECK NUMBER 0114
     * 01/31                 0115            1,000.00   D            104.31-
                      8100355268 CHECK NUMBER 0115
     * 02/01                                    38.50   D            142.81-
              8100355268 INSUFFICIENT FUNDS FEE-CHECK NUMBER 0115
     * 02/04                                 3,100.00   C          2,957.19
                      6102289030 DEPOSIT
     * 02/07                 0113              971.31   D          1,985.88
                      8101927711 CHECK NUMBER 0113
PF: 1-HELP 3-PLVL 6-INQ 7-SB 8-SF 9-ASUM 11-CUTO -STSM
```

```
                          STFD 1 THF TRANSACTION STMT FORMAT      19/02/20 13.15.36
STMT          CO      96 OP EBRN            MS 50852 ACTION COMPLETE
ACTION                COID
PROD CODE  DDA   ACCT        9875775521   SHORT NAME  NICOLEAU-BERMAN LAURA
CURR CODE                    PAGE    3    SEARCH FROM 118/12/28 THRU 119/02/12
ACTN   POST   EFFECTIVE   CHECK NUMBER     TRAN AMOUNT  D/C          BALANCE
       TRACE ID                     DESCRIPTION
    * 02/11                 0206            3,152.00   D          1,166.12-
              8102455419 CHECK NUMBER 0206
    * 02/12                                   38.50   D          1,204.62-
              8102455419 INSUFFICIENT FUNDS FEE-CHECK NUMBER 0206
```

PF: 1-HELP 3-PLVL 6-INQ 7-SB 8-SF 9-ASUM 11-CUTO -STSM

In re Laura Nicoleau-Berman
                    Debtor

Case No._____ 18-17673-SLM
Reporting Period.:_____ Januray 2019

# STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 8468.98 | 35935.98 |
| Less: Returns and Allowances | | |
| Net Revenue | 8468.98 | 35935.98 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | 8468.98 | 35935.98 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | 214.81 | 1639.81 |
| Management Fees/Bonuses | 1600 | 1600 |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | 2700 | 2700 |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | 1771.31 | 1771.31 |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (Mortgage Payments) | 3100 | 12600 |
| Total Operating Expenses Before Depreciation | 9386.12 | 20311.12 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | -917.04 | 15481 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (Net refund of Chapter 13 Fees after collection fee) | 3015.93 | 3015.93 |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | 2098.89 | 18314.89 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | 12100 |
| U. S. Trustee Quarterly Fees | 0 | 325 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | 0 | 12425 |
| Income Taxes | | |
| Net Profit (Loss) | 2098.89 | 5859.89 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Laura Nicoleau Berman
Debtor

Case No. _____ 18-17673-SLM
Reporting Period: _____ Januray 2019

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| | | |
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Farm Credit East Mortgage Payment | Jan-19 | 12600 |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| Net refund of Chapter 12 Trustee Fees | Jan-19 | 3015.93 |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Mortgage: 279 Dune Road | 2700 | 2700 | 2700 | 2700 | 5400 | 13500 |
| Mortgage: 7 Warner Road | 3400 | 3400 | 3400 | 3400 | 6800 | 20400 |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

\*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Laura Nicoleau Berman
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 1750 | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | 0 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | 0 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | x |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | n/a |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | x Provided | |