UNITED STATES BANKRUPTCY COURT
_________ DISTRICT OF _________

In re Laura Nicoleau Berman

Case No. 18-17673-SLM
Reporting Period: February 2019

## MONTHLY OPERATING REPORT

**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | ✓ | | |
| Cash disbursements journals | | ✓ | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

[signature] 
Signature of Debtor

3/20/19
Date

_______________________
Signature of Joint Debtor

_______________________
Date

_______________________
Signature of Authorized Individual*

_______________________
Date

_______________________
Printed Name of Authorized Individual

_______________________
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Laura Ncileau Berman
Debtor

Case No. 187=-17673-SLM
Reporting Period: Feb-19

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | projected |
| **CASH BEGINNING OF MONTH** | 9388.79 | | | | 9388.79 | 11478 | | 5990 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 7050 | | | | 7050 | 8150 | 42985 | 45657 |
| ACCOUNTS RECEIVABLE | 1000 | | | | 1000 | 0 | 1000 | 1000 |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| **TOTAL RECEIPTS** | 8050 | | | | 8050 | 8150 | 43985.99 | 46657 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 0 | | | | 0 | | 0 | 0 |
| PAYROLL TAXES | 0 | | | | 0 | | 0 | 0 |
| SALES, USE, & OTHER TAXES | 0 | | | | 0 | 1000 | 1771.31 | 1000 |
| INVENTORY PURCHASES | 0 | | | | 0 | | 0 | 0 |
| SECURED/ RENTAL/ LEASES | 0 | | | | 0 | | 2700 | 0 |
| INSURANCE | 573 | | | | 573 | 400 | 2212.81 | 3225 |
| ADMINISTRATIVE | 153 | | | | 153 | 0 | 153 | 0 |
| SELLING | 0 | | | | 0 | | | |
| OTHER (ATTACH LIST) | 0 | | | | | | | |
| Mortgage Payment | 3152 | | | | 3152 | 9400 | 15752 | 22854 |
| OWNER DRAW * | 0 | | | | 0 | 0 | 1600 | 0 |
| TRANSFERS (TO DIP ACCTS) | 0 | | | | 0 | 0 | | |
| | | | | | | | | |
| PROFESSIONAL FEES | 0 | | | | 0 | | 12100 | 12100 |
| U.S. TRUSTEE QUARTERLY FEES | 650 | | | | 650 | 0 | 975 | 325 |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 4528 | | | | 4528 | 10800 | 37264.12 | 39504 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 3522 | | | | 4522 | -2650 | 6721.87 | 7153 |
| **CASH - END OF MONTH** | 12910.79 | | | | 12910.79 | 8828 | 12910.79 | 8828 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 4528 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 4528 |

WELLS FARGO

DCDP31DTKH 003625

LAURA NICOLEAU-BERMAN
DEBTOR IN POSSESSION
CH 11 CASE #18-17673(NJ)
703 DOCTORS PATH
RIVERHEAD NY 11901-1507

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $5,015.93 |
| Deposits/Additions | 4,050.00 |
| Withdrawals/Subtractions | - 1,338.00 |
| **Ending balance on 2/28** | **$7,727.93** |

Account number: **7410904549**
**LAURA NICOLEAU-BERMAN**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-17673(NJ)**
*New York account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 026012881

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDP31DTKH 003625 NNNNNNNNN NNN NNN 001 002 348 016565 21089339 1

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| | | | | | 9,065.93 |
| 2/11 | | Deposit Made In A Branch/Store | 4,050.00 | | |
| 2/12 | | Harland Clarke Check/Acc. 021119 00768557575488 Laura Nicoleau-Berman | | 115.00 | 8,950.93 |
| 2/22 | 103 | Check | | 93.75 | |
| 2/22 | 104 | Check | | 479.25 | 8,377.93 |
| 2/25 | 102 | Check | | 650.00 | 7,727.93 |
| **Ending balance on 2/28** | | | | | **7,727.93** |
| **Totals** | | | **$4,050.00** | **$1,338.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 102 | 2/25 | 650.00 | 103 | 2/22 | 93.75 | 104 | 2/22 | 479.25 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/31/2019 - 02/28/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $5,015.93 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC

010366



y, February 20, 2019

STFD 1 THF TRANSACTION STMT FORMAT 19/02/20 13.16.23

STMT CO 96 OP EBRN MS 50852 ACTION COMPLETE

ACTION COID

PROD CODE DDA ACCT 9875775521 SHORT NAME NICOLEAU-BERMAN LAURA

CURR CODE PAGE 2 SEARCH FROM 118/12/28 THRU 119/02/12

| ACTN | POST | EFFECTIVE | CHECK NUMBER | TRAN AMOUNT | D/C | BALANCE |
|---|---|---|---|---|---|---|
| | TRACE ID | | DESCRIPTION | | | |
| * | 01/16 | | | 3,368.98 | C | 4,996.39 |
| | | 6108676515 | DEPOSIT | | | |
| * | 01/23 | | | 600.00 | D | 4,396.39 |
| | | 019023008642082 | Suburban Propane Payment | | | |
| * | 01/28 | | 0111 | 2,700.00 | D | 1,696.39 |
| | | 8008262624 | CHECK NUMBER 0111 | | | |
| * | 01/28 | | 0114 | 800.70 | D | 895.69 |
| | | 8008259495 | CHECK NUMBER 0114 | | | |
| * | 01/31 | | 0115 | 1,000.00 | D | 104.31- |
| | | 8100355268 | CHECK NUMBER 0115 | | | |
| * | 02/01 | | | 38.50 | D | 142.81- |
| | | 8100355268 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 0115 | | | |
| * | 02/04 | | | 3,100.00 | C | 2,957.19 |
| | | 6102289030 | DEPOSIT | | | |
| * | 02/07 | | 0113 | 971.31 | D | 1,985.88 |
| | | 8101927711 | CHECK NUMBER 0113 | | | |

PF: 1-HELP 3-PLVL 6-INQ 7-SB 8-SF 9-ASUM 11-CUTO -STSM

uary 20, 2019

STFD 1 THF TRANSACTION STMT FORMAT 19/02/20 13.15.36

CO 96 OP EBRN MS 50852 ACTION COMPLETE

COID

[illegible] CODE DDA ACCT 9875775521 SHORT NAME NICOLEAU-BERMAN LAURA

CURR CODE PAGE 3 SEARCH FROM 118/12/28 THRU 119/02/12

| ACTN | POST | EFFECTIVE | CHECK NUMBER | TRAN AMOUNT | D/C | BALANCE |
|---|---|---|---|---|---|---|
| | TRACE ID | | DESCRIPTION | | | |
| * | 02/11 | | 0206 | 3,152.00 | D | 1,166.12- |
| | | 8102455419 CHECK NUMBER 0206 | | | | |
| * | 02/12 | | | 38.50 | D | 1,204.62- |
| | | 8102455419 INSUFFICIENT FUNDS FEE-CHECK NUMBER 0206 | | | | |

PF: 1-HELP 3-PLVL 6-INQ 7-SB 8-SF 9-ASUM 11-CUTO -STSM

In re Laura Nicoleau Berman
Debtor

Case No. 18-17673-SLM
Reporting Period: Feb-19

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| Andrea Silverman PC | 10/1/18-/2/28/19 | | | | | $12,100 | | 0 | 0 |

In re Laura Nicoleau Berman
Debtor

Case No.______________ 18-17673-SLM
Reporting Period.:______ Feb-19

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 8050 | 52035.99 |
| Less: Returns and Allowances | | |
| Net Revenue | 8050 | 52035.99 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0 | 0 |
| Add: Purchases | 0 | 0 |
| Add: Cost of Labor | 0 | 0 |
| Add: Other Costs (attach schedule) | 0 | 0 |
| Less: Ending Inventory | 0 | 0 |
| Cost of Goods Sold | 0 | |
| Gross Profit | 8050 | 43985.98 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | 573 | 2212.81 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | 0 | 2700 |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | 0 | 0 |
| Taxes - Real Estate | 0 | |
| Taxes - Other | 0 | 1771.31 |
| Travel and Entertainment | | |
| Utilities | | |
| Other-Mortgage | 3152 | 15752 |
| Total Operating Expenses Before Depreciation | 3725 | 22436.12 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 4325 | 21549.86 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0 | 3015.93 |
| Interest Expense | | |
| Other Expenses- Bank Fees | 153 | 153 |
| Net Profit (Loss) Before Reorganization Items | | 18380.93 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | 12100 |
| U. S. Trustee Quarterly Fees | 650 | 975 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | 13075 |
| Income Taxes | | |
| Net Profit (Loss) | $ | 5305.93 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Laura Nicoleau Berman
Debtor

Case No. ______ 18-17673-SLM
Reporting Period:____________ Feb-19

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | | | | 0 |
| FICA-Employee | 0 | 0 | | | | 0 |
| FICA-Employer | 0 | 0 | | | | 0 |
| Unemployment | 0 | 0 | | | | 0 |
| Income | 0 | 0 | | | | 0 |
| Other:_________ | 0 | 0 | | | | 0 |
| Total Federal Taxes | 0 | 0 | | | | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | | | | 0 |
| Sales | 0 | 0 | | | | 0 |
| Excise | 0 | 0 | | | | 0 |
| Unemployment | 0 | 0 | | | | 0 |
| Real Property | 0 | 0 | | | | 0 |
| Personal Property | 0 | 0 | | | | 0 |
| Other:_________ | 0 | 0 | | | | 0 |
| Total State and Local | 0 | 0 | | | | 0 |
| **Total Taxes** | 0 | 0 | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Mortgage 279 Dune Road | 2700 | 2700 | 2700 | 2700 | 8100 | 16200 |
| Mortgage 7 Warner Road | 3400 | 3400 | 3400 | 3400 | 10200 | 23800 |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Laura Nicoleau Berman
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | 1000 | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | 1000 | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | 1000 | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | 1000 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | x |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | n/a |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

In re: Laura Nicoleau Berman
Debtor

Case No. ______ 18-17673-SLM
Reporting Period:____________ Feb-19

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | | | | 0 |
| FICA-Employee | 0 | 0 | | | | 0 |
| FICA-Employer | 0 | 0 | | | | 0 |
| Unemployment | 0 | 0 | | | | 0 |
| Income | 0 | 0 | | | | 0 |
| Other: | 0 | 0 | | | | 0 |
| Total Federal Taxes | 0 | 0 | | | | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | | | | 0 |
| Sales | 0 | 0 | | | | 0 |
| Excise | 0 | 0 | | | | 0 |
| Unemployment | 0 | 0 | | | | 0 |
| Real Property | 0 | 0 | | | | 0 |
| Personal Property | 0 | 0 | | | | 0 |
| Other: | 0 | 0 | | | | 0 |
| Total State and Local | 0 | 0 | | | | 0 |
| **Total Taxes** | 0 | 0 | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Mortgage 279 Dune Road | 2700 | 2700 | 2700 | 2700 | 8100 | 16200 |
| Mortgage 7 Warner Road | 3400 | 3400 | 3400 | 3400 | 10200 | 23800 |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Laura Nicoleau Berman
Debtor

Case No. ______ 18-17673-SLM
Reporting Period:____________ Feb-19

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | | | | 0 |
| FICA-Employee | 0 | 0 | | | | 0 |
| FICA-Employer | 0 | 0 | | | | 0 |
| Unemployment | 0 | 0 | | | | 0 |
| Income | 0 | 0 | | | | 0 |
| Other: ____________ | 0 | 0 | | | | 0 |
| Total Federal Taxes | 0 | 0 | | | | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | | | | 0 |
| Sales | 0 | 0 | | | | 0 |
| Excise | 0 | 0 | | | | 0 |
| Unemployment | 0 | 0 | | | | 0 |
| Real Property | 0 | 0 | | | | 0 |
| Personal Property | 0 | 0 | | | | 0 |
| Other: ____________ | 0 | 0 | | | | 0 |
| Total State and Local | 0 | 0 | | | | 0 |
| **Total Taxes** | 0 | 0 | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Mortgage 279 Dune Road | 2700 | 2700 | 2700 | 2700 | 8100 | 16200 |
| Mortgage 7 Warner Road | 3400 | 3400 | 3400 | 3400 | 10200 | 23800 |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).