Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17673−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Nicoleau−Berman
   7103 Doctors Path
   Riverhead, NY 11901

Social Security No.:
   xxx−xx−8893

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/1/19 at 11:00 AM

to consider and act upon the following:

**44** − Chapter 11 Status Conference . The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee.Status Conference Hearing scheduled for 12/11/2018 at 11:00 AM at SLM − Courtroom 3A, Newark. (env)

Minute of Chapter Status Conference Hearing Held and Continued. OUTCOME: Status Conference Held and rescheduled to 06/25/2019 − Order on Adequacy of the Disclosure Statement to be entered. (related document(s): 44 Notice of Hearing (Upload)) Status Conference Hearing scheduled for 06/25/2019 at 11:00 AM at SLM − Courtroom 3A, Newark. (apc) Modified text on 5/7/2019 (Costa, Ana).

Dated: 6/19/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court