# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Laura Nicoleau-Berman

Case No.: 18-17673

Hearing Date: 07/16/19 at 11:00 A.M.

Chapter: 11

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Notice of Motion for Reconsideration filed at Doc. No. 90.

**Location of Hearing:** Courtroom No. 3A
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, New Jersey

**Date and Time:** July 16, 2019 at 11:00 A.M., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ❑ ARE REQUIRED    ❑ ARE NOT REQUIRED

DATE: June 18, 2019

JEANNE A. NAUGHTON, Clerk

By: Lucy Veloz-Jimenez
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 18, 20 19 this notice was served on the following: U.S. Trustee, Chapter 13 Trustee, John J. Marshall, Debtor's Counsel and the Debtor.

JEANNE A. NAUGHTON, Clerk

By: Lucy Veloz-Jimenez
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Laura Nicoleau-Berman
    Debtor

Case No. 18-17673-SLM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Jun 18, 2019
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
asnee         +E-mail/Text: jmarshall@jmpartnersllc.com Jun 18 2019 23:13:48     John J Marshall,
        6800 Paragon Place, Suite 202,   Richmond, VA 23230-1656
                                                                                                     TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
          Andrea   Silverman   on behalf of Debtor Laura  Nicoleau-Berman court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Jeremy Doppelt Realty Management LLC Defined
           Benefit Plan kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Michael A. Artis   on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
          Scott D. Sherman   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
           Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                     TOTAL: 7