Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17673−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laura Nicoleau−Berman
  7103 Doctors Path
  Riverhead, NY 11901

Social Security No.:
  xxx−xx−8893

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/22/19 at 10:00 AM

to consider and act upon the following:

**90** − Motion to Reconsider (related document:77 Order Denying Motion For Payment of Unclaimed Funds (Related Doc 62). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/8/2019. (apc)) Filed by John J Marshall. (Attachments: # 1 Application # 2 Affidavit # 3 Exhibit Notice of Deposit of Unclaimed Funds # 4 Exhibit B Chapter 13 Final Report # 5 Exhibit C Copy of Motionfor the Recovery of Unclaimed Funds. # 6 Exhibit D Copy of Order Directing Payment of Unclaimed Funds. # 7 Proposed Order # 8 Proposed Order Second Proposed Order # 9 Affidavit Waiver of Appearance # 10 Certificate of Service) (Veloz−Jimenez, Lucy)

**91** − Notice of Hearing for: (related document:90 Motion to Reconsider (related document:77 Order Denying Motion For Payment of Unclaimed Funds (Related Doc 62). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/8/2019. (apc)) Filed by John J Marshall. Hearing scheduled for 7/16/2019 at 11:00 AM at SLM − Courtroom 3A, Newark. (Veloz−Jimenez, Lucy)

Dated: 7/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court