Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17673−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Nicoleau−Berman
   7103 Doctors Path
   Riverhead, NY 11901

Social Security No.:
   xxx−xx−8893

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/22/19 at 10:00 AM

to consider and act upon the following:

*90* − Motion to Reconsider (related document:77 Order Denying Motion For Payment of Unclaimed Funds (Related Doc 62). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/8/2019. (apc)) Filed by John J Marshall. (Attachments: # 1 Application # 2 Affidavit # 3 Exhibit Notice of Deposit of Unclaimed Funds # 4 Exhibit B Chapter 13 Final Report # 5 Exhibit C Copy of Motionfor the Recovery of Unclaimed Funds. # 6 Exhibit D Copy of Order Directing Payment of Unclaimed Funds. # 7 Proposed Order # 8 Proposed Order Second Proposed Order # 9 Affidavit Waiver of Appearance # 10 Certificate of Service) (Veloz−Jimenez, Lucy)

*91* − Notice of Hearing for: (related document:90 Motion to Reconsider (related document:77 Order Denying Motion For Payment of Unclaimed Funds (Related Doc 62). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/8/2019. (apc)) Filed by John J Marshall. Hearing scheduled for 7/16/2019 at 11:00 AM at SLM − Courtroom 3A, Newark. (Veloz−Jimenez, Lucy)

Dated: 7/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-17673-SLM
Laura Nicoleau-Berman                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Jul 15, 2019
                            Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db              Laura Nicoleau-Berman,    7103 Doctors Path,    Riverhead, NY   11901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
asnee          +E-mail/Text: jmarshall@jmpartnersllc.com Jul 15 2019 23:56:34      John J Marshall,
                6800 Paragon Place, Suite 202,   Richmond, VA 23230-1656
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op              U.S. Bankruptcy Court
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Andrea   Silverman    on behalf of Debtor Laura   Nicoleau-Berman court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Jeremy Doppelt Realty Management LLC Defined
               Benefit Plan kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Scott D. Sherman    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
               Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7