Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  18−17673−SLM
                    Chapter:  11
                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Nicoleau−Berman
   7103 Doctors Path
   Riverhead, NY 11901

Social Security No.:
   xxx−xx−8893

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/29/19 at 11:00 AM

to consider and act upon the following:

*85* − Disclosure Statement Filed by Andrea Silverman on behalf of Laura Nicoleau−Berman. (Attachments: # 1 Exhibit) (Silverman, Andrea)

Minute of Chapter Status Conference Hearing Held and Continued. OUTCOME: Status Conference Held and rescheduled to 06/25/2019 − Order on Adequacy of the Disclosure Statement to be entered. (related document(s): 44 Notice of Hearing (Upload)) Status Conference Hearing scheduled for 06/25/2019 at 11:00 AM at SLM − Courtroom 3A, Newark. (apc) Modified text on 5/7/2019 (Costa, Ana).

Dated: 7/18/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court