Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−17673−SLM
          Chapter: 11
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Nicoleau−Berman
   7103 Doctors Path
   Riverhead, NY 11901

Social Security No.:
   xxx−xx−8893

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/29/19 at 11:00 AM

to consider and act upon the following:

*85* − Disclosure Statement Filed by Andrea Silverman on behalf of Laura Nicoleau−Berman. (Attachments: # 1 Exhibit) (Silverman, Andrea)

*94* − Chapter 11 Status Conference Hearing Rescheduled from 6/25/2019. (related document:44 Chapter 11 Status Conference . The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 7/1/2019 at 11:00 AM at SLM − Courtroom 3A, Newark. (Veloz−Jimenez, Lucy)

Dated: 7/18/19

          Jeanne Naughton
          Clerk, U.S. Bankruptcy Court