Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17673−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Laura Nicoleau−Berman
　7103 Doctors Path
　Riverhead, NY 11901

Social Security No.:
　xxx−xx−8893

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/29/19 at 11:00 AM

to consider and act upon the following:

*85* − Disclosure Statement Filed by Andrea Silverman on behalf of Laura Nicoleau−Berman. (Attachments: # 1 Exhibit) (Silverman, Andrea)

Minute of Chapter Status Conference Hearing Held and Continued. OUTCOME: Status Conference Held and rescheduled to 06/25/2019 − Order on Adequacy of the Disclosure Statement to be entered. (related document(s): 44 Notice of Hearing (Upload)) Status Conference Hearing scheduled for 06/25/2019 at 11:00 AM at SLM − Courtroom 3A, Newark. (apc) Modified text on 5/7/2019 (Costa, Ana).

Dated: 7/18/19

　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-17673-SLM
Laura Nicoleau-Berman                                                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 18, 2019
                      Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db            Laura Nicoleau-Berman,    7103 Doctors Path,    Riverhead, NY    11901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
asnee          +E-mail/Text: jmarshall@jmpartnersllc.com Jul 18 2019 22:49:04      John J Marshall,
      6800 Paragon Place, Suite 202,    Richmond, VA 23230-1656
                                                                                                                                          TOTAL: 1

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op             U.S. Bankruptcy Court
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
        Andrea  Silverman    on behalf of Debtor Laura   Nicoleau-Berman court@andreasilvermanlaw.com,
         r62214@notify.bestcase.com
        Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald     on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald     on behalf of Creditor    Jeremy Doppelt Realty Management LLC Defined
         Benefit Plan kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Michael A. Artis     on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
        Scott D. Sherman     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
         Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 7