Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17673−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laura Nicoleau−Berman
  7103 Doctors Path
  Riverhead, NY 11901

Social Security No.:
  xxx−xx−8893

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/29/19 at 11:00 AM

to consider and act upon the following:

*85* − Disclosure Statement Filed by Andrea Silverman on behalf of Laura Nicoleau−Berman. (Attachments: # 1 Exhibit) (Silverman, Andrea)

*94* − Chapter 11 Status Conference Hearing Rescheduled from 6/25/2019. (related document:44 Chapter 11 Status Conference . The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 7/1/2019 at 11:00 AM at SLM − Courtroom 3A, Newark. (Veloz−Jimenez, Lucy)

Dated: 7/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-17673-SLM
Laura Nicoleau-Berman                                                                     Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Jul 18, 2019
                                Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db             Laura Nicoleau-Berman,    7103 Doctors Path,    Riverhead, NY   11901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
asnee         +E-mail/Text: jmarshall@jmpartnersllc.com Jul 18 2019 22:49:04     John J Marshall,
               6800 Paragon Place, Suite 202,   Richmond, VA 23230-1656
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op              U.S. Bankruptcy Court
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
              Andrea Silverman    on behalf of Debtor Laura  Nicoleau-Berman court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Jeremy Doppelt Realty Management LLC Defined
               Benefit Plan kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Scott D. Sherman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
               Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7