**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliancer with D.N.J. LBR 9004-2(c)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for M&T Bank

**Order Filed on August 7, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.: <u>18-17673 SLM</u>

Judge: <u>Stacey L. Meisel</u>

Chapter: <u>11</u>

In Re:
Laura Nicoleau-Berman
    Debtor

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 7, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>August 24, 2018</u>:

Property: <u>7 Warner Road, Fredon, NJ 07860</u>

Creditor: <u>M&T Bank</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>M&T Bank</u>,

and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective ~~July 30, 2019~~ the date of the entry of this Order.

*Revised 9/19/13*