UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliancer with D.N.J. LBR 9004-2(c)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for M&T Bank

Order Filed on August 7, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 18-17673 SLM

Judge: Stacey L. Meisel

Chapter: 11

In Re:
Laura Nicoleau-Berman
        Debtor

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 7, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>August 24, 2018</u>:

Property: <u>7 Warner Road, Fredon, NJ 07860</u>

Creditor: <u>M&T Bank</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>M&T Bank</u>,

and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective ~~July 30, 2019~~ the date of the entry of this Order.

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 18-17673-SLM
Laura Nicoleau-Berman                                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 08, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
db             Laura Nicoleau-Berman,    7103 Doctors Path,    Riverhead, NY   11901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
              Andrea Silverman    on behalf of Debtor Laura  Nicoleau-Berman court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Jeremy Doppelt Realty Management LLC Defined
               Benefit Plan kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Scott D. Sherman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
               Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7