| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on September 12,<br>2019 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>Laura Nicoleau-Berman | Case No. | 18-17673 (SLM) |
| | Hearing Date: | 10/8/2019 |
| | Judge: | Stacey L. Meisel |

# ORDER TO SHOW CAUSE
# FOR DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

It is hereby

ORDERED that debtor Laura Nicoleau-Berman  shall show cause  on  10/8/2019    at  11:00  a .m, in the United States Bankruptcy Court,     50 Walnut Street, Newark   , New Jersey, Courtroom number   3A  , before the Honorable            Stacey L. Meisel          why this case should not be dismissed for failure to obtain approval of a Disclosure Statement and for failure to confirm a plan;

It is further ORDERED that any opposing papers shall be filed not less than seven (7) days before the hearing date; and

It is further ORDERED that Debtor and Debtor's counsel, Andrea Silverman Esq., shall appear at the scheduled hearing.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-17673-SLM
Laura Nicoleau-Berman                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 12, 2019
                               Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             Laura Nicoleau-Berman,    7103 Doctors Path,    Riverhead, NY  11901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
      Andrea  Silverman    on behalf of Debtor Laura  Nicoleau-Berman court@andreasilvermanlaw.com,
      r62214@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Kevin Gordon McDonald     on behalf of Creditor    Jeremy Doppelt Realty Management LLC Defined
      Benefit Plan kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
      Scott D. Sherman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
      Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
      Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                       TOTAL: 7