UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrea Silverman, PC
Andrea Silverman, Esq.
150 River Road, O2B
Montville, NJ 07045
Bar ID 018642004
(973) 794-3960
(973) 794-3962 (fax)
Attorneys for Debtor(s)

In Re:

Laura Nicoleau-Berman

Case No.: 18-17673

Chapter: 11

Judge: SLM

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Jenee Ciccarelli, Esq.__ will be substituted as attorney of record for __Laura Nicoleau-Berman__, __Debtor__ in this case.[1]

Date: 08/19/2019

_Signature of Attorney_

Date: 8/19/19

_Signature of Substituted Attorney_

new 8/1/15

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.