UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _NEW JERSEY_

In re _LAURA NICOLIAN-BONNAS_

Case No. _18-17673-SLM_
Reporting Period: _JUNE 2019_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include **FORM MOR-1 (INDV)** if debtor is a wage earner.
Substitute **FORM MOR-2 (RE)** for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | ✓ | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | ✓ | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date  8/30/19

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re Laura Nicoleau-Berman

Debtor

Case No. 18-17673-SLM

Reporting Period: _____ Jun-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 36419 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 5300 | |
| **Total Receipts** | 5300 | |
| **DISBURSEMENTS** | | |
| Mortgage Payment(s) | 3151.78 | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | 1338.18 | |
| Auto Expense | 525.72 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 500 | |
| Food, Clothing, Hygiene | 2000 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | 400 | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | 7915.68 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | -2615.68 | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 33803.32 | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 33803.32 | |

In re Laura Nicoleau-Berman _____     Case No. 18-17673-SLM
      Debtor     Reporting Period: _____ Jun-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(continuation sheet)

| [DESCRIPTION OF OTHER CATEGORIES] | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Rental Income  735 Manor Lane, Riverhead NY | 3100 | |
| Rental Income 7 Warner Rd, Fredon NJ | 2000 | |
| | | |
| | | |
| | | |
| Other [illegible] | | |
| | | |
| | | |
| | | |
| | | |
| Direct & Entry Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Misc [illegible] Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 7915.68 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 7915.68 |

In re _____ Laura Nicoleau-Berman _____        Case No. 18-17673-SLM
    Debtor                                           Reporting Period: _____ Jun-19 _____

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| | Total Cash Disbursements | |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 6/5/2019 | Sound Avenue Auto | auto repair | 525.76 | 134 |
| 6/12/2019 | Arrowhead Insurance | 7 Warner Prop Ins | 1338.18 | ACH |
| 6/18/2019 | Farm Credit East | Mtg- 735 Manor | 3151.78 | 123 |
| 6/19/2019 | Receiver of Taxes | Taxes- 735 Manor | 400 | 133 |
| 6/19/2019 | L Nicoleau Berman | Food, Medical | 2500 | 136 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | Total Bank Account Disbursements | | 7915.72 | |

| Total Disbursements for the Month | 7915.72 |
|-----------------------------------|---------|

In re _____Laura Nicoleau-Berman_____       Case No. 18-17673-SLM
    **Debtor**                                  **Reporting Period:** _____Jun-19_____

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| | **Total Cash Disbursements** |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 6/5/2019 | Sound Avenue Auto | auto repair | 525.76 | 134 |
| 6/12/2019 | Arrowhead Insurance | 7 Warner Prop Ins | 1338.18 | ACH |
| 6/18/2019 | Farm Credit East | Mtg- 735 Manor | 3151.78 | 123 |
| 6/19/2019 | Receiver of Taxes | Taxes- 735 Manor | 400 | 133 |
| 6/19/2019 | L Nicoleau Berman | Food, Medical | 2500 | 136 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | **Total Bank Account Disbursements** |  | 7915.72 |  |

| Total Disbursements for the Month | 7915.72 |
|-----------------------------------|---------|

In re Laura Nicoleau-Berman
Debtor

Case No. 18-17673-SLM
Reporting Period: Jun-19

FORM MOR 4 (INDV)
2/2008
PAGE 1 OF 1

# SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
| --- | --- | --- | --- | --- | --- | --- |
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | 3100 | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt (list creditor) | | 3400 | 3400 | 3400 | 20400 | 34000 |
| M & T Bank | | 2700 | 2700 | 2700 | 16200 | 27000 |
| Servicing Corp (formerly Kondauer) | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | | | | | | 61000 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____
_____

In re Laura Nicoleau-Berman
_____
Debtor

Case No. 18-17673-SLM
Reporting Period:    Jun-19

# DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 6 Are any post petition State or Federal income taxes past due? | | x |
| 7 Are any post petition real estate taxes past due? | | x |
| 8 Are any other post petition taxes past due? | | x |
| 9 Have any pre-petition taxes been paid during this reporting period? | | x |
| 10 Are any amounts owed to post petition creditors delinquent? | | x |
| 11 Have any post petition loans been been received by the Debtor from any party? | | x |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |

# Wells Fargo Everyday Checking

June 30, 2019 ■ Page 1 of 4



DCDP31DTPU  008567

‖լ‖լ‖լ‖լ‖‖լ‖լ‖լ‖լ‖լ‖լ‖լ‖լ‖‖լ‖լ‖լ‖լ‖‖‖լ‖լ‖
LAURA NICOLEAU-BERMAN
DEBTOR IN POSSESSION
CH 11 CASE #18-17673(NJ)
703 DOCTORS PATH
RIVERHEAD NY 11901-1507

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

菙語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $29,660.73 |
| Deposits/Additions | 5,300.00 |
| Withdrawals/Subtractions | - 7,915.72 |
| **Ending balance on 6/30** | **$27,045.01** |

Account number: 7410904549

LAURA NICOLEAU-BERMAN
DEBTOR IN POSSESSION
CH 11 CASE #18-17673(NJ)

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDP31D1PU 008567  NNNNNNNNN NNN NNN 001 002 348 04/05/33  2712546401



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/5 | 134 | Check | | 525.76 | 29,134.97 |
| 6/10 | | Deposit | | | 34,434.97 |
| 6/12 | | Arrowhead Agiapay Hnj3006130 Laura Nicoleau | 5,300.00 | | 33,096.79 |
| 6/18 | 123 | Check | | 1,338.18 | 29,945.01 |
| 6/19 | 133 | Check | | 3,151.78 | 29,545.01 |
| 6/27 | 136 | Cashed Check | | 400.00 | 27,045.01 |
| Ending balance on 6/30 | | | | | 27,045.01 |
| Totals | | | | | 27,045.01 |
| | | | **$5,300.00** | **$7,915.72** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 123 | 6/18 | 3,151.78 | 134 | 6/5 | 525.76 | 136 * | 6/27 | 2,500.00 |
| 133 * | 6/19 | 400.00 | | | | | | |

\* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2019 - 06/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | **Minimum required** | **This fee period** |
| Have any ONE of the following account requirements | | |
| • Minimum daily balance | $1,500.00 | $27,045.01 ☑ |
| • Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| • Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| • The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)      ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.

AC/NE

## ⅄ IMPORTANT ACCOUNT INFORMATION

**Effective August 19, 2019, there will be changes to Service fees for Overdraft and Returned Items.**

We may assess an overdraft fee for any item we pay into overdraft, and we may assess a returned item fee for any item returned unpaid. We limit our overdraft and/or returned item fees to three (3) per business day. We will not assess an overdraft or Non-Sufficient



Funds/NSF fee on items of $5 or less. If both your ending daily account balance and available balance are overdrawn by $5 or less after we have processed all of your transactions, we will not assess an overdraft fee on the items. No overdraft fee will be assessed on ATM and every day (one-time) debit card transactions unless Debit Card Overdraft Service is added to your account.

Revised Agreement for Online Access
We're updating our Online Access Agreement effective September 30, 2019.
To see what is changing, please visit wellsfargo.com/onlineupdates.

WELLS
FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.　$ |

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  | | |
|  | | |
|  | | |
|  | | |
| **Total** | $ | |

+ $ |

**C** Add **A** and **B** to calculate the subtotal.　= $ |

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
| **Total** | $ | |

- $ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.　= $ |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801　Member FDIC