UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

2021 MAY -3  AM 8:39
JEANNE A. NAUGHTON

In Re:   Laura Nicoleau-Berman          *          Case No.  18-17673-SLM
                                        *
         Debtor                         *          Chapter 11

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __27th__ day of __April__, 2021, a copy of the foregoing Application of Unclaimed Funds and supporting documents were served by first class mail to:

Office of the United States Attorney
District of New Jersey
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, New Jersey 07102

Date: 4/27/2021

Marquette Porter, Managing Member
Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060
410.760.5841
springsolutionsllc@gmail.com