UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on  May 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Laura Nicoleau-Berman

Case No.:   18-17673

Adv. No.:

Hearing Date:

Judge:      Chief Judge Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 25, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On ___May 3, 2021_____ , an application was filed for the

Claimant(s), __Spring Solutions, LLC Assignee to Debtor___, for payment of unclaimed funds

deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting

documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is

hereby

   ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $3,427.20_____ held in

unclaimed funds be made payable to _Spring Solutions, LLC_____

and be disbursed to the payee at the following address:

P.O. Box 334_____

Glen Burnie, MD 21060_____

_____

_____

   The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

2