Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17673−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Nicoleau−Berman
   7103 Doctors Path
   Riverhead, NY 11901

Social Security No.:
   xxx−xx−8893

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on May 25, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 133 − 130
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 130). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/25/2021. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 25, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Laura Nicoleau-Berman  
    Debtor

Case No. 18-17673-SLM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: May 25, 2021      Form ID: orderntc      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Laura Nicoleau-Berman, 7103 Doctors Path, Riverhead, NY 11901 |
| cr | + | Spring Solutions, LLC, P.O. Box 334, Glen Burnie, MD 21060-0334 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
     on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jenee K. Ciccarelli  
     on behalf of Debtor Laura Nicoleau-Berman info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Kevin Gordon McDonald  
     on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald  
     on behalf of Creditor Jeremy Doppelt Realty Management LLC Defined Benefit Plan kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Michael A. Artis  
     on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Scott D. Sherman

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: orderntc | Total Noticed: 2 |

        on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3 c/o Kondaur Capital Cor ssherman@minionsherman.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7